STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI M. FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building – Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Hanni_Fakhoury@fd.org

Attorneys for DEMAURIJA COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMAURIJA COLLINS<br><br>Defendant. | **Case No.:** CR 20-447-HSG<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:**           Courtroom 2, 4th Floor<br>**Hearing Date:**  February 22, 2021<br>**Hearing Time:**  10:00 a.m. |

    Mr. Collins is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). *See* Dkt. 6. He is in custody and a status conference is set for February 22, 2021. *See* Dkt. 17, 20. The government has extended a plea offer and Mr. Collins needs additional time to consider the offer and decide how to proceed in this case. The parties thus request the Court reset the status conference to March 22, 2021 at 10:00 a.m.

    The parties also request this Court exclude time under the Speedy Trial Act, between February 22, 2021 and March 22, 2021. Time has previously been excluded through February 22, 2021, for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). *See* Dkt. 19. Time

should continue to be excluded for the same reason, as defense counsel continues to review the evidence and consult with his client about a potential resolution to the best of his ability given the current shelter in place restrictions.

IT IS SO STIPULATED.

Dated:   February 10, 2021                    STEVEN G. KALAR
                                              Federal Public Defender
                                              Northern District of California

                                                      /S
                                              HANNI M. FAKHOURY
                                              Assistant Federal Public Defender


Dated:   February 10, 2021                    DAVID L. ANDERSON
                                              United States Attorney
                                              Northern District of California

                                                      /S
                                              MICHAEL RODRIGUEZ
                                              Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court finds:

1. The defendant and defense counsel need additional time to review discovery, discuss the case, evidence and potential resolutions.  Further, defense counsel's ability to meet with the client and review discovery may be constrained by shelter-in-place;

2. These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, **IT IS HEREBY ORDERED**

1. The status hearing set for February 22, 2021 at 10:00 a.m. before this Court is reset to March 22, 2021 at 10:00 a.m.; and

2. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from February 22, 2021 through March 22, 2021.

**IT IS SO ORDERED.**

DATED:_____          _____
                                 HONORABLE HAYWOOD S. GILLIAM, JR.
                                 United States District Judge