1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jonathan.Lee@usdoj.gov
8
9  Attorneys for the United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )   CASE NO. CR 20-447 HSG
14                                      )
         Plaintiff,                     )
15                                      )   **STIPULATION AND ORDER TO EXCLUDE**
      v.                                )   **TIME FROM APRIL 19, 2021 TO MAY 3,**
16                                      )   **2021 UNDER THE SPEEDY TRIAL ACT**
   DEMAURIJA MONZARELL COLLINS,         )
17                                      )
         Defendant.                     )
18                                      )
                                        )
19 _____)

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 20-447 HSG

Counsel of record appeared for a status conference on April 19, 2021. Defendant informed Alameda County Sheriff's Office personnel that he was ill and did not appear for the status conference. As discussed on the record, the parties submit this stipulation and proposed order to exclude time under the Speedy Trial Act.

The parties agree and jointly request that the time from April 19, 2021 to May 3, 2021 be excluded from the Speedy Trial Act. As noted on the record, defense counsel has been unable to speak to Mr. Collins before the April 19, 2021 and therefore has not been able to discuss a possible resolution of this case. For the benefit of the parties' discussions and the ability of defense counsel to advise the defendant, the parties requested the Court to set a further status conference on May 3, 2021.

In light of the foregoing, the parties stipulate and agree that excluding time from April 19, 2021 to May 3, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from April 19, 2021 to May 3, 2021, from computation under the Speedy Trial Act, and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: April 21, 2021

/s/
HANNI M. FAKHOURY
Attorney for DEMAURIJA MONZARELL COLLINS

Dated: April 21, 2021

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorney for the UNITED STATES OF AMERICA

STIPULATION AND ORDER
CR 20-447 HSG                                    1

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time between April 19, 2021 to May 3, 2021 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice are served by excluding the time between April 19, 2021 to May 3, 2021, from computation under the Speedy Trial Act and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 19, 2021 to May 3, 2021 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/22/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge