# EXHIBIT A

**IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

Demaurija Collins
5325 Broder Blvd.
Dublin, Ca 94568


Federal District Judge
1301 Clay St. #
Oakland, CA 94612


To whom it may concern:

Your Honor,

    I first would like to express my deepest apologizes for having you to be introduced to me in this manner, I apologize to the county, city and state as well for the infringement I am in violation for regarding the disposition of my case to be prosecuted on a federal level.

    As these times now are very trying and stressful enough, it sincerely wasn't my intentions to just blatantly disregard the statues and regulations of the federal government. Being from the area I'm from and having my background as a young inner city youth crime and abuse: mainly physical and drug is a common displacement (not giving excuse, yet merely stating facts)

for people such as myself and those alike. As records show I have been in the foster care system since the age of three, where I endured unwarranted and unattended physical abuse from the same people the same government prosecuting me deemed worthy to have gaurdianship over me.

So I developed a feariority complex to safety and trust. I accept full conscious responsibility for the course of my actions to this very day with regret. In the likeness of my actions that I chose, the reasoning is as stated forehand in this letter of intent as well as being a victim to gun violence, which has me with the paranoid thoughts that another individual could shoot me at any moment which could be fatal. I am a young inexpierenced new father to an eight month old son whom I love and does not want to become another inner-city statistic such as myself. Given the earlier place fact of my paranoia as well as my alcohol addiction I have as a coping mechanism when life gets to the point of unbarable. I battle the scared thoughts of not being there for my child.

These thoughts and memories pushed me to make a conscious decision to seek for help but, just down an unrighteous path, and for that I dearly am in much regret. My intentions were based on the notion: It's better to have it and not need it, than to need it and not have it. I know as a felon I was at fault for having a firearm in my possesion is unlawful but, child abuse is as well but I've seen first hand people get away with that and me now being a parent who was fatherless I refuse to die just to leave my child in the hands of

a corrupt care system. And for that I truly apologize, it was and never will be my intent to cause havoc with that firearm I just needed some sort of trusted protection for me and my family.

I would like to seek help for my personal issues as well as any mandated program that the courts feel is worthy for my disposition, I just want to be a productive father for my son. I hope you find some goodness in my stature to be just that as well as a productive citizen, and move the courts to make a righteous yet lieniant decision over my case to prove that these words I write are heartfelt and intent.

I tank you for taking the time to regard and read this letter in advance with hopes that they reach out to you as well.

Sincerely,
*Demaurija Collins*
Demaurija Collins